IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MADIE RUTH JACKSON** § | | **PLAINTIFF** |
| §  | | |
| v. § | | **CIVIL NO.: 1:16cv379-HSO-JCG** |
| §  | | |
| **BARACK OBAMA United States,** § | | |
| **PRINCE WILLIAM WALES,** § | | |
| **FAINT ROBERT WALKER Judge,** § | | |
| **JULIE THEATER,** § | | |
| **BEVERLY STRICKLAND,** § | | |
| **HIGHLAND HOSPITAL DOCTORS,** § | | |
| **JAY Z,** § | | |
| **BEYONCE KNOWLES,** § | | |
| **WLOX,** § | | |
| **TONYA WYDER,** § | | |
| **OPRAH WINFREY,** § | | |
| **NESCATERICA BATES,** § | | |
| **PRINCE HARRY WALES,** § | | |
| **KATE MIDDLETON,** § | | |
| **FELICIA DUNN BURKES,** § | | |
| **MICHELLE OBAMA,** § | | |
| **RONYELLE RHODES, and** § | | |
| **WANDA SMITH.** § | | **DEFENDANTS** |

## FINAL JUDGMENT

BEFORE THE COURT is the Report and Recommendation [8] of United States Magistrate Judge John C. Gargiulo, entered in this case on February 9, 2017. The Court, by separate Order entered this date, has adopted the Magistrate Judge's Report and Recommendation [8] as the finding of this Court, overruled Plaintiff Madie Ruth Jackson's Objection [9], and dismissed Plaintiff's claims without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of March, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE